UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XUE ZHANG,

          Plaintiff,

   v.

EMILIA BARDINI,

          Defendant.

Case No. 24-cv-02672-JSC

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

By Order filed August 13, 2024, the Court ordered Plaintiff to provide an updated address by October 15, 2024. The Court warned that if Plaintiff failed to do so, this action may be dismissed without prejudice. (Dkt. No. 15.) Plaintiff has not provided an updated address as of the date of this Order. So, the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge